**Anthony SANFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 71263.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 26, 1997.

S. Paige Canfield, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**314**

## ORDER

PER CURIAM.

Anthony Sanford appeals denial of Rule 24.035 post conviction relief without an evidentiary hearing. He entered guilty pleas on two charges of trafficking second degree, possession of cocaine and possession of marijuana under thirty-five grams. He was sentenced to serve concurrent fifteen years sentences on the trafficking charges, a concurrent seven year sentence on the cocaine charge and one year sentence on possession of marijuana. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).